**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROGER D. MOSBY,                                                                                                    PLAINTIFF
ADC #63018

v.                                              NO: 5:09CV00204 JLH/HDY

LARRY NORRIS, *et al.*                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this 24th day of July, 2009.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE